997 So.2d 1129 (2008)
Rodolfo M. MARTIN, Appellant,
v.
Luis Alberto CEBALLOS, Florida Sol Systems, Inc., a Florida corp., and Comcast of South Dade, Inc., a Florida corp., Appellees.
No. 3D07-2499.
District Court of Appeal of Florida, Third District.
October 29, 2008.
Rehearing and Rehearing En Banc Denied January 21, 2009.
Ginsberg & Schwartz and Arnold R. Ginsberg; Friedland & Brown and Jon R. Friedland, Miami, for appellant.
Richard A. Sherman, Fort Lauderdale; Thornton, Davis & Fein and Barry L. Davis, Miami, for Florida Sol Systems, Inc.; Rudd & Diamond and Peter Diamond, Fort Myers; and Jeanne Heyward, Miami, for Comcast of South Dade, Inc.
Before WELLS, LAGOA, and SALTER, JJ.
PER CURIAM.
Affirmed. See Banco Espirito Santo Int'l, Ltd. v. BDO Int'l, B.V., 979 So.2d 1030 (Fla. 3d DCA 2008); Gillet v. Watchtower Bible & Tract Soc'y of Pa., Inc., 913 So.2d 618 (Fla. 3d DCA 2005); T & T Commc'n, Inc. v. State, Dep't of Labor & Employment Sec., 460 So.2d 996 (Fla. 2d DCA 1984).